```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF KANSAS
```

**ANTHONY LEROY DAVIS,**

                      **Petitioner,**

        v.                                      CASE NO. 20-3269-SAC

**DAN SCHNURR,**

                      **Respondent.**

## MEMORANDUM AND ORDER

    This matter comes before the Court on a document Petitioner has filed entitled "Judgment." (Doc. 36.) Since Petitioner proceeds pro se, the Court will liberally construe Petitioner's filing as a motion for entry of judgment, which the Court will deny. The proposed "Judgment" inaccurately states that Respondent (improperly referred to as Defendant) acted in direct contempt of court and it purports to award Petitioner $4,000 even though monetary relief is not available in a habeas action under 28 U.S.C. § 2254.

    Respondent's answer and return is due June 6, 2022, and the Court has advised Respondent that no further extensions of time will be granted. After Respondent files and serves the answer and return, Petitioner will have the opportunity to file a traverse responding to the answer and return. In addition to the deficiencies in the proposed judgment noted above, Petitioner's request for entry of judgment is premature.

    **IT IS THEREFORE ORDERED** that Petitioner's motion for entry of judgment (Doc. 36) is **denied.**

**IT IS SO ORDERED.**

DATED:  This 10th day of May, 2022, at Topeka, Kansas.

                                S/ Sam A. Crow

                                SAM A. CROW
                                U.S. Senior District Judge