IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANTHONY LEROY DAVIS,

                        Petitioner,

      v.                                                       CASE NO. 20-3269-JWL

DAN SCHNURR,

                        Respondent.

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner's motion to disqualify the undersigned.[1] (Doc. 67.) The Court notes that judgment was entered in this matter on June 13, 2022 (Doc. 47) and the Tenth Circuit denied a certificate of appealability and dismissed the appeal on November 23, 2022 (Doc. 66). Other than the motion now before the Court, nothing has occurred in this matter since that time and until the instant order, the undersigned has not been involved in this matter. The Court therefore denies the motion as moot.

**IT IS THEREFORE ORDERED** that Petitioner's motion to disqualify (Doc. 67) is **denied as moot.**

**IT IS SO ORDERED.**

DATED:   This 27th day of September, 2023, at Kansas City, Kansas.

                                                         S/ John W. Lungstrum
                                                         JOHN W. LUNGSTRUM
                                                         United States District Judge

---

[1] The caption of the motion indicates that Petitioner wished to file this motion in this case and in his ongoing proceedings under Case No. 23-3191-JWL. The motion shall be resolved on its merits in an order issued in Case No. 23-3191-JWL.

1